IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Deana L. Cicconi aka Deana L. Cicconi-Leake<br>　　　　Walter D. Leake<br>　　　　　　　　　　　　　Debtor(s) | Case No. 14-23894 GLT<br><br>Chapter 13 |
| Wilmington Savings Fund Society, FSB, as trustee of Upland Mortgage Loan Trust A<br>　　　　　　　　　　　Movant<br>　　　vs.<br><br>Deana L. Cicconi aka Deana L. Cicconi-Leake<br>Walter D. Leake<br>　　　　　　　　　　Respondent(s) | |

## NOTICE OF HEARING AND RESPONSE DEADLINE
**REGARDING MOTION OF Wilmington Savings Fund Society, FSB, as trustee of Upland Mortgage Loan Trust A FOR Motion to Allow a Late Claim**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **August 12, 2019** (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **September 11, 2019**, at **9:00a.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: **July 24,2019**

James C. Warmbrodt, Esquire
Attorney for Movant/Applicant
/s/ James C. Warmbrodt
Signature
501 Market Street, Suite 5000, Philadelphia, PA 19152
Address
(412)-430-3594
Telephone Number
42524
Attorney I.D. No.

Form GLT-301 (Rev. 8/9/13)