IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Walter D. Leake | : | Case No.14-23894GLT |
| Deane L. Cicconi aka Deana L. Cicconi-Leake | : | Chapter 13 |
| Debtor(s) | : | |
| Wilmington Savings Fund Society, FSB As trustee of Upland Mortgage Loan Trust A | : | Related to Document #60 |
| Movant(s) | : | |
| | : | Hearing Date 10/08/2019 |
| vs. | : | |
| Walter D. Leake Deane L. Ciccone aka Deana L. Cicconi-Leake, and Ronda J. Winnecour | : | |
| Respondent(s) | | |

### TRUSTEE'S RESPONSE TO MOTION TO ALLOW CLAIMS

Ronda J. Winnecour, Chapter 13 Trustee, by her undersigned counsel, respectfully represents the following:

1. This case was filed on September 26, 2014.

2. Ronda J. Winnecour is the Chapter 13 Standing Trustee in this case.

3. At the time of case filing, Citimortgage held the first mortgage lien position. Citimortgage filed no proof of claim.

4. The second position lien creditor, a proof of claim for which was filed First Mutual Bank, was avoided by Debtor and the Trustee made no disbursements to date on account of the First Mutual Bank claim.

5. The Trustee disbursed to Citimortgage per the confirmed plan. The Trustee paid the pre-petition arrears of $14,500.00 in full and paid $26,511.16 on account of post-petition payments.

6. Citimortgage ultimately returned distributions to the Trustee together with a letter dated July 31, 2017 stating that "[t]he lien securing the mortgage of the loans

below will be released, if applicable, and CifiFinancial has forgiven the balance of the note." A true and correct copy of the letter is attached as "Exhibit A."

7.    The Trustee then placed distributions to Citimortgage on reserve.

8.    The Trustee is uncertain why a letter returning the funds payable to Citimortgage would have been sent by Citifinancial instead of Citimortgage. But, nonetheless, the funds were returned with an express written statement that the lien would be satisfied.

9.    Now, a creditor purporting to be a successor in interest to the first position lien creditor has filed a motion to allow the filing of a claim.

10.    Entitlement to the funds has already been disavowed and the creditor has reported to the Trustee, in writing, that the lien would be satisfied.

11.    Further, the proof of claim attached to the motion mentions nothing of the pre-petition arrears paid per the plan. If the motion is allowed, the Trustee request that the approval be conditioned on a refund of the $14,500.00 in pre-petition arrears already paid.

WHEREFORE, the Trustee requests that the Motion to Allow Claims is denied.

RONDA J. WINNECOUR,
CHAPTER 13 TRUSTEE

Date:  09/06/19            by    __/s/ Jana S. Pail_____
Jana S. Pail - PA I.D. #88910
Attorney for Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
jpail@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Walter D. Leake | : | Case No.14-23894GLT |
| Deane L. Cicconi aka Deana L. | : | Chapter 13 |
| Cicconi-Leake | : | |
|     Debtor(s) | : | |
| Wilmington Savings Fund Society, FSB | : | |
| As trustee of Upland Mortgage Loan | : | Related to Document #60 |
| Trust A | : | |
|     Movant(s) | : | |
| | : | Hearing Date 10/08/2019 |
|     vs. | : | |
| Walter D. Leake | : | |
| Deane L. Ciccone aka Deana L. | : | |
| Cicconi-Leake, and Ronda J. | : | |
| Winnecour | : | |
|     Respondent(s) | | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 06th of September 2019, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

James C. Warmbrodt, Esquire
KML Law Group P.C.
BNY Mellon Independence Center
701 Market Street Suite 5000
Philadelphia PA 19106

Walter Leake
Deana L. Cicconi
149 Main Street
Smock PA 15480

Daniel White, Esquire
18 Mill Street Square
PO Box 2123
Uniontown PA 15401

                                                       _/s/Dianne DeFoor_____  
                                                       Office of Chapter 13 Trustee  
                                                       US Steel Tower – Suite 3250  
                                                       600 Grant Street  
                                                       Pittsburgh, PA  15219  
                                                       (412) 471-5566  
                                                       cmecf@chapter13trusteewdpa.com