**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/18/2019

IN RE:

WALTER D. LEAKE
DEANA L. CICCONI
149 MAIN STREET
SMOCK,  PA  15480
XXX-XX-5334            Debtor(s)

XXX-XX-9794

Case No.14-23894 GLT

Chapter 13

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

  NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts\* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

  This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

  This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

  The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/18/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| CITIMORTGAGE(*)++ | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
|---|---|---|
| POB 688971 | Court Claim Number:NC | ACCOUNT NO.: 2449 |
| | CLAIM:  0.00 | |
| DES MOINES, IA  50368-8971 | COMMENT:  PMT/PL*779.74 X (60+2)=LMT*1ST*FRGVN/CR*NTC-RSV*LITIGATION PENDING*DK | |

| CITIMORTGAGE(*)++ | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| POB 688971 | Court Claim Number:NCF | ACCOUNT NO.:  149 MAIN ST SMOCK PA |
| | CLAIM: 0.00 | |
| DES MOINES, IA  50368-8971 | COMMENT:  AVD/OE*2ND | |

| FAYETTE COUNTY TAX CLAIM BUR | Trustee Claim Number:3   INT %: 9.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| COURT HOUSE | Court Claim Number: | ACCOUNT NO.:  13-12-0129: 12-13 |
| 61 E MAIN ST | | |
| | CLAIM:  2,676.97 | |
| UNIONTOWN, PA  15401 | COMMENT:  $@9%/PL | |

| FAYETTE COUNTY TAX CLAIM BUR | Trustee Claim Number:4   INT %: 9.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| COURT HOUSE | Court Claim Number: | ACCOUNT NO.:  13-12-0128: 12-13 |
| 61 E MAIN ST | | |
| | CLAIM:  273.50 | |
| UNIONTOWN, PA  15401 | COMMENT:  $@9%/PL | |

| FAYETTE COUNTY TAX CLAIM BUR | Trustee Claim Number:5   INT %: 9.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| COURT HOUSE | Court Claim Number: | ACCOUNT NO.:  13120127: 12-13 |
| 61 E MAIN ST | | |
| | CLAIM:  3,399.52 | |
| UNIONTOWN, PA  15401 | COMMENT:  $@9%/PL | |

| FIRST MUTUAL BANK | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O BERNSTEIN-BURKLEY PC | Court Claim Number:11-2 | ACCOUNT NO.:  6707 |
| 2200 GULF TOWER | | |
| 707 GRANT ST | CLAIM:  13,446.03 | |
| PITTSBURGH, PA  15219 | COMMENT:  AVD/OE*UCC FIXTURE FILING*WNTS 13%*AMD | |

| FRANKLIN FAYETTE SEWER AUTHORITY | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| 67 COLONIAL AVE | Court Claim Number: | ACCOUNT NO.:  0058: 14 |
| PO BOX 55 | | |
| | CLAIM:  107.00 | |
| SMOCK, PA  15480 | COMMENT:  $@0%MDF/PL*PRORATA*SWG | |

| FRANKLIN FAYETTE SEWER AUTHORITY | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| 67 COLONIAL AVE | Court Claim Number: | ACCOUNT NO.:  0058: 14 |
| PO BOX 55 | | |
| | CLAIM:  107.00 | |
| SMOCK, PA  15480 | COMMENT:  $@0%/PL*PRORATA*WTR | |

| NORTH FAYETTE COUNTY MUNICIPAL AUTHOR | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| 1634 UNIVERSITY DR | Court Claim Number: | ACCOUNT NO.:  21222: 14 |
| PO BOX 368 | | |
| | CLAIM:  140.00 | |
| DUNBAR, PA  15431 | COMMENT:  $@0%MDF/PL*PRORATA*WTR | |

| WELLS FARGO BANK DBA WELLS FARGO DEAI | Trustee Claim Number:10  INT %: 6.00% | CRED DESC:  VEHICLE |
|---|---|---|
| PO BOX 25341 | Court Claim Number:1 | ACCOUNT NO.:  6085 |
| | CLAIM:  5,675.78 | |
| SANTA ANA, CA  92799 | COMMENT:  5827@6%MDF/PL*DKT | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:6 | ACCOUNT NO.: 5334 |
| PO BOX 7317 | | |
| | CLAIM: 26,687.82 | |
| PHILADELPHIA, PA 19101-7317 | COMMENT: CL6GOVS*30,485/PL | |

| | | |
|---|---|---|
| **ALLY FINANCIAL**** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O ALLY SERVICING LLC | Court Claim Number:5 | ACCOUNT NO.: 1864 |
| PO BOX 78369 | | |
| | CLAIM: 4,584.16 | |
| PHOENIX, AZ 85062-8369 | COMMENT: REPO/SCH*DEFICIENCY | |

| | | |
|---|---|---|
| **ALLY FINANCIAL**** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O ALLY SERVICING LLC | Court Claim Number:4 | ACCOUNT NO.: 1900 |
| PO BOX 78369 | | |
| | CLAIM: 1,152.66 | |
| PHOENIX, AZ 85062-8369 | COMMENT: REPO/SCH*DEFICIENCY | |

| | | |
|---|---|---|
| **ATLANTIC BROADBAND*** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 669 E MAIN ST | Court Claim Number: | ACCOUNT NO.: 8335201120003432 |
| | CLAIM: 0.00 | |
| BRADFORD, PA 16701 | COMMENT: | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN IN**| Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:3 | ACCOUNT NO.: 2780 |
| | CLAIM: 2,073.83 | |
| CHARLOTTE, NC 28272-1083 | COMMENT: | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:8 | ACCOUNT NO.: 7344 |
| | CLAIM: 461.58 | |
| NORFOLK, VA 23541 | COMMENT: CAPITAL ONE/HSBC | |

| | | |
|---|---|---|
| **NEW CENTURY FINANCIAL SERVICES INC** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRESSLER FELT & WARSHAW LLP | Court Claim Number:9 | ACCOUNT NO.: 7380 |
| 7 ENTIN RD | | |
| | CLAIM: 2,170.82 | |
| PARSIPPANY, NJ 07054 | COMMENT: CREDIT ONE BANK*JUDGMENT?~DK | |

| | | |
|---|---|---|
| **NEW CENTURY FINANCIAL SERVICES INC** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRESSLER FELT & WARSHAW LLP | Court Claim Number:10 | ACCOUNT NO.: 8212 |
| 7 ENTIN RD | | |
| | CLAIM: 932.95 | |
| PARSIPPANY, NJ 07054 | COMMENT: CREDIT ONE BANK*JUDGMENT?~DK | |

| | | |
|---|---|---|
| **FINGERHUT DIR MKTNG INC/CIT**** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 6250 RIDGEWOOD RD | Court Claim Number: | ACCOUNT NO.: 6369921018550508 |
| | CLAIM: 0.00 | |
| ST CLOUD, MN 56303 | COMMENT: | |

| | | |
|---|---|---|
| **UNIONTOWN ASD (FRANKLIN TWP) (PERCAPITA** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O TAX COLLECTOR - DLNQ YRS | Court Claim Number: | ACCOUNT NO.: 10193000370 |
| 142 GRIMPLIN RD | | |
| | CLAIM: 0.00 | |
| VANDERBILT, PA 15486 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:7 | ACCOUNT NO.:  0002 |
| | CLAIM:  2,578.84 | |
| OKLAHOMA CITY, OK  73124-8838 | COMMENT: | |
| **CITIMORTGAGE(*)++** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| POB 688971 | Court Claim Number:NC | ACCOUNT NO.:  2449 |
| | CLAIM:  14,500.00 | |
| DES MOINES, IA  50368-8971 | COMMENT:  $PL*1ST*NTC-RSV@CID 1*LITIGATON PENDING~DK | |
| **ALLY FINANCIAL**** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O ALLY SERVICING LLC | Court Claim Number:2 | ACCOUNT NO.:  6237 |
| PO BOX 78369 | | |
| | CLAIM:  6,236.23 | |
| PHOENIX, AZ  85062-8369 | COMMENT:  NT/SCH*DEFICIENCY | |
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:6 | ACCOUNT NO.:  5334 |
| PO BOX 7317 | | |
| | CLAIM:  4,107.20 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  NO GEN UNS/SCH | |
| **FIRST MUTUAL BANK** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| C/O BERNSTEIN-BURKLEY PC | Court Claim Number: | ACCOUNT NO.: |
| 2200 GULF TOWER | | |
| 707 GRANT ST | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT: | |
| **ALDRIDGE PITE LLP** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 4375 JUTLAND DR STE 200 | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 17933 | | |
| | CLAIM:  0.00 | |
| SAN DIEGO, CA  92177-0933 | COMMENT:  CARRINGTON MORT/PRAE | |
| **JAMES C WARMBRODT ESQ** | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  CARRINGTON MORT~WILMINGTON/PRAE | |