IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Walter D. Leake | : | Case No.14-23894GLT |
| Deana L. Cicconi | : | Chapter 13 |
|     Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Re Claim: |
|     Movant(s) | : | |
| | : | |
|     vs. | : | |
| CitiFinancial, CitiMortgage, and | : | |
| Wilmington Savings Fund Society FSB, | : | |
| As Trustee of Upland Mortgage Loan | : | Hearing Date |
| Trust A | : | |
|     Respondent(s) | : | |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on the 16th of October 2019, I served one true and correct copy of the Motion To Deem Mortgage Paid In full and to Compel Production of Proof of Satisfaction, proposed order, along with the notice of hearing on the following parties in interest by United States first-class mail, postage prepaid unless otherwise stated, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street suite 5000
Philadelphia PA 19106

CitiFinancial Mortgage Company Inc
Attn: Mark Mason, CEO
4050 Regent Blvd
Irving TX 75063
Served by Certified Mail

CitiMortgage Inc
Attn: Jane Frazier, CEO
1000 Technology Drive
O'Fallon MO 63368
Served by Certified Mail


Walter D. Leake
Deana L. Cicconi
149 Main Street
Smock PA 15480

Daniel White, Esquire
18 Mill Street Square
Po Box 2123
Uniontown PA 15401


_/s/Dianne DeFoor_____
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com