# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  WALTER D. LEAKE<br>DEANA L. CICCONI<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>     Movant<br>       vs.<br>  WALTER D. LEAKE<br>DEANA L. CICCONI<br><br>     Respondents | Case No. 14-23894GLT<br><br>Chapter 13<br><br>Document No.___67___ | FILED<br>10/16/19 8:48 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___16th___ day of _October_, 20_19_, it is hereby ORDERED, ADJUDGED, and DECREED that,

United Parcel Service
Attn: Payroll Manager
100 E Campusview Blvd Ste 300
Columbus, OH 43235

is hereby ordered to immediately terminate the attachment of the wages of WALTER D. LEAKE, social security number XXX-XX-5334. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of WALTER D. LEAKE.

BY THE COURT:

_____  jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 14-23894-GLT
Walter D. Leake                                                 Chapter 13
Deana L. Cicconi
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: culy              Page 1 of 1            Date Rcvd: Oct 16, 2019
                               Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2019.
db/jdb         +Walter D. Leake,    Deana L. Cicconi,    149 Main Street,    Smock, PA 15480-2001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2019 at the address(es) listed below:
              Daniel R. White    on behalf of Debtor Walter D. Leake zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff Walter D. Leake zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff Deana L. Cicconi zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Joint Debtor Deana L. Cicconi zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor    Carrington Mortgage Services, LLC
               bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Upland Mortgage Loan Trust A bkgroup@kmllawgroup.com
              Jodi L. Hause    on behalf of Creditor    First Mutual Bank jodi.hause@phelanhallinan.com,
               pawb@fedphe.com
              Keri P. Ebeck    on behalf of Creditor    First Mutual Bank kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11