Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Walter D. Leake** | : | Case No. 14−23894−GLT |
| **Deana L. Cicconi** | : | Chapter: 13 |
| **aka Deana L. Cicconi−Leake** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | Related to Document No. 84 |
| | : | |
| v. | : | Hearing Date: 4/8/20 at 11:00 AM |
| **No Respondents** | : | |
| *Respondent(s).* | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

      *AND NOW,* this ***The 29th of January, 2020***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 84 by the Chapter 13 Trustee,

      It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

      (1)  ***On or before March 16, 2020***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

      (2)  This Motion is scheduled for hearing on ***April 8, 2020 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

      (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

      (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

*[signature]*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-23894-GLT
Walter D. Leake                                                           Chapter 13
Deana L. Cicconi
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: jhel              Page 1 of 2          Date Rcvd: Jan 29, 2020
                             Form ID: 604            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2020.
db/jdb         +Walter D. Leake,   Deana L. Cicconi,   149 Main Street,   Smock, PA 15480-2001
13928945        Atlantic Broadband,   120 Southmont Boulevard,   Johnstown, PA 15905-4291
14795825       +Carrington Mortgage Services, LLC,   c/o ALDRIDGE PITE, LLP,   4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,   San Diego, CA 92177-7921
13942426        Citimortgage, Inc.,   Bankruptcy Servicing Center,   P.O. Box 140609,   Irving, TX 75014-0609
13928948       +Fayette County Tax Claim Bureau,   Fayette County Courthouse,   61 East Main Street,
                 Uniontown, PA 15401-3514
13928949       +Fayette County Tax Claim Bureau,   c/o John M. Zeglen, Esq.,   99 East Main Street,
                 Uniontown, PA 15401-3519
13942427        First Mutual Bank,   P.O. Box 1647,   Bellevue, WA 98009-1647
13928951       +Franklin Fayette Sewer Authority,   67 Colonial Avenue,   P.O. Box 55,   Smock, PA 15480-0055
13928952       +Franklin Township c/o SWRTB,   One Centennial Way,   Scottdale, PA 15683-1741
13942429       +Franklin Twp. & Uniontown ASD c/o SWRTB,   One Centennial Way,   Scottdale, PA 15683-1741
13993711       +New Century Financial,   c/o Pressler & Pressler, LLP,   7 Entin Rd.,
                 Parsippany, NJ 07054-5020
13928955        North Fayette County Municipal Authority,   1634 University Drive,   P.O. Box 368,
                 Dunbar, PA 15431-0368
13928956       +Uniontown ASD c/o SWRTB,   One Centennial Way,   Scottdale, PA 15683-1741
13935409        Wells Fargo Bank, N.A., dba Wells Fargo Dealer Ser,   P.O. Box 19657,   Irvine, CA 92623-9657
13928958       +Wells Fargo Dealer Svcs. BK Department,   P.O. Box 3569,   Rancho Cucamonga, CA 91729-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13928944        E-mail/Text: ally@ebn.phinsolutions.com Jan 30 2020 03:41:01     Ally Financial,
                 P.O. Box 130424,   Roseville, MN 55113-0004
13950787        E-mail/Text: ally@ebn.phinsolutions.com Jan 30 2020 03:41:01
                 Ally Financial serviced by Ally Servicing LLC,   PO Box 130424,   Roseville, MN 55113-0004
13969199        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 30 2020 03:46:52
                 American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                 Oklahoma City, OK 73124-8838
13928946        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 30 2020 03:45:19     Capital One,
                 c/o TSYS Total Debt Management,   P.O. Box 5155,   Norcross, GA 30091
13953110        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 30 2020 03:47:09     Capital One, N.A.,
                 PO Box 71083,   Charlotte, NC 28272-1083
13928947        E-mail/PDF: creditonebknotifications@resurgent.com Jan 30 2020 03:46:19     Credit One Bank,
                 P.O. Box 98873,   Las Vegas, NV 89193-8873
13928950        E-mail/Text: bnc-bluestem@quantum3group.com Jan 30 2020 03:42:24     Fingerhut,   P.O. Box 1250,
                 Saint Cloud, MN 56395-1250
13995853       +E-mail/Text: kburkley@bernsteinlaw.com Jan 30 2020 03:42:27     First Mutual Bank,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200,   Pittsburgh, PA 15219-1945
13928953        E-mail/Text: cio.bncmail@irs.gov Jan 30 2020 03:41:14     Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
13928954       +E-mail/PDF: bankruptcy@ncfsi.com Jan 30 2020 03:46:21     New Century Financial,
                 110 South Jefferson Road--Suite 104,   Whippany, NJ 07981-1038
13986022        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2020 03:47:14
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13928957        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 30 2020 03:40:51
                 Verizon Wireless Bankruptcy Admin.,   P.O. Box 3397,   Bloomington, IL 61702-3397
                                                                                                TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Carrington Mortgage Services, LLC
cr              First Mutual Bank
cr              Wilmington Savings Fund Society, FSB, as trustee o
cr              Wilmington Savings Fund Society, FSB, as trustee o
13942428*      +Franklin Fayette Sewer Authority,   67 Colonial Avenue,   P.O. Box 55,   Smock, PA 15480-0055
                                                                                TOTALS: 4, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                          Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: jhel                Page 2 of 2          Date Rcvd: Jan 29, 2020
                              Form ID: 604              Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2020 at the address(es) listed below:

```
          Daniel R. White    on behalf of Debtor Walter D. Leake zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Plaintiff Walter D. Leake zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Plaintiff Deana L. Cicconi zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Joint Debtor Deana L. Cicconi zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          James   Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
           Upland Mortgage Loan Trust A bkgroup@kmllawgroup.com
          James   Warmbrodt     on behalf of Creditor    Carrington Mortgage Services, LLC
           bkgroup@kmllawgroup.com
          James   Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
           Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
          Jodi L. Hause    on behalf of Creditor   First Mutual Bank jodi.hause@phelanhallinan.com,
           pawb@fedphe.com
          Keri P. Ebeck    on behalf of Creditor   First Mutual Bank kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 11
```