**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WALTER D. LEAKE<br>DEANA L. CICCONI<br>   Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>   Movant<br>  vs.<br>No Respondents. | Case No.:14-23894<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

 1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

 2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

 3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

 4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

 **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

| | |
|---|---|
| January 28, 2020 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 09/26/2014 and confirmed on 11/25/14 . The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 120,919.77 |
| Less Refunds to Debtor | 2,250.64 | |
| TOTAL AMOUNT OF PLAN FUND | | 118,669.13 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 4,972.02 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,972.02 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY I | 0.00 | 49,123.62 | 0.00 | 49,123.62 |
|     Acct: 2449 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY I | 14,500.00 | 14,500.00 | 0.00 | 14,500.00 |
|     Acct: 2449 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUR | 2,676.97 | 2,676.97 | 420.30 | 3,097.27 |
|     Acct: XXXXXXXXXXXX2-13 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUR | 273.50 | 273.50 | 43.72 | 317.22 |
|     Acct: XXXXXXXXXXXX2-13 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUR | 3,399.52 | 3,399.52 | 533.75 | 3,933.27 |
|     Acct: XXXXXXXXXX2-13 | | | | |
|   FRANKLIN FAYETTE SEWER AUTHORITY | 107.00 | 107.00 | 0.00 | 107.00 |
|     Acct: XXXX: 14 | | | | |
|   FRANKLIN FAYETTE SEWER AUTHORITY | 107.00 | 107.00 | 0.00 | 107.00 |
|     Acct: XXXX: 14 | | | | |
|   NORTH FAYETTE COUNTY MUNICIPAL A | 140.00 | 140.00 | 0.00 | 140.00 |
|     Acct: XXXXX: 14 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS F. | 5,675.78 | 5,675.78 | 363.72 | 6,039.50 |
|     Acct: 6085 | | | | |
| | | | | 77,364.88 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WALTER D. LEAKE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WALTER D. LEAKE | 2,250.64 | 2,250.64 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 26,687.82 | 26,687.82 | 0.00 | 26,687.82 |
|     Acct: 5334 | | | | |
| | | | | 26,687.82 |
| **Unsecured** | | | | |
|   CITIMORTGAGE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: XXXXXXXXXXXXXXXXK PA | | | | |
|   FIRST MUTUAL BANK | 13,446.03 | 2,367.00 | 0.00 | 2,367.00 |
|     Acct: 6707 | | | | |
|   ALLY FINANCIAL** | 4,584.16 | 806.99 | 0.00 | 806.99 |
|     Acct: 1864 | | | | |
|   ALLY FINANCIAL** | 1,152.66 | 202.91 | 0.00 | 202.91 |
|     Acct: 1900 | | | | |
|   ATLANTIC BROADBAND* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXX3432 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERI( | 2,073.83 | 365.07 | 0.00 | 365.07 |
|     Acct: 2780 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 461.58 | 81.26 | 0.00 | 81.26 |
|     Acct: 7344 | | | | |
|   NEW CENTURY FINANCIAL SERVICES IN | 2,170.82 | 382.14 | 0.00 | 382.14 |
|     Acct: 7380 | | | | |
|   NEW CENTURY FINANCIAL SERVICES IN | 932.95 | 164.24 | 0.00 | 164.24 |
|     Acct: 8212 | | | | |
|   FINGERHUT DIR MKTNG INC/CIT** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXX0508 | | | | |
|   UNIONTOWN ASD (FRANKLIN TWP) (PEF | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXX0370 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOF | 2,578.84 | 453.97 | 0.00 | 453.97 |
|     Acct: 0002 | | | | |
|   ALLY FINANCIAL** | 6,236.23 | 1,097.81 | 0.00 | 1,097.81 |
|     Acct: 6237 | | | | |
|   INTERNAL REVENUE SERVICE* | 4,107.20 | 723.02 | 0.00 | 723.02 |
|     Acct: 5334 | | | | |
|   FIRST MUTUAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 6,644.41 |

| TOTAL PAID TO CREDITORS | | | | 110,697.11 |
|---|---|---|---|---:|

| TOTAL | |
|---|---:|
| CLAIMED | 26,687.82 |
| PRIORITY | 26,879.77 |
| SECURED | 37,744.30 |

Date: 01/28/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    WALTER D. LEAKE
    DEANA L. CICCONI
        Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:14-23894

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                              BY THE COURT:

                                              _____
                                              U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-23894-GLT
Walter D. Leake                                                     Chapter 13
Deana L. Cicconi
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel               Page 1 of 2              Date Rcvd: Jan 29, 2020
                              Form ID: pdf900          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2020.
```
db/jdb         +Walter D. Leake,    Deana L. Cicconi,    149 Main Street,    Smock, PA 15480-2001
13928945        Atlantic Broadband,    120 Southmont Boulevard,    Johnstown, PA 15905-4291
14795825       +Carrington Mortgage Services, LLC,    c/o ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
13942426        Citimortgage, Inc.,    Bankruptcy Servicing Center,    P.O. Box 140609,    Irving, TX  75014-0609
13928948       +Fayette County Tax Claim Bureau,    Fayette County Courthouse,    61 East Main Street,
                 Uniontown, PA 15401-3514
13928949       +Fayette County Tax Claim Bureau,    c/o John M. Zeglen, Esq.,    99 East Main Street,
                 Uniontown, PA 15401-3519
13942427        First Mutual Bank,    P.O. Box 1647,    Bellevue, WA  98009-1647
13928951       +Franklin Fayette Sewer Authority,    67 Colonial Avenue,    P.O. Box 55,    Smock, PA 15480-0055
13928952       +Franklin Township c/o SWRTB,    One Centennial Way,    Scottdale, PA 15683-1741
13942429       +Franklin Twp. & Uniontown ASD c/o SWRTB,    One Centennial Way,    Scottdale, PA 15683-1741
13993711       +New Century Financial,    c/o Pressler & Pressler, LLP,    7 Entin Rd.,
                 Parsippany, NJ 07054-5020
13928955        North Fayette County Municipal Authority,    1634 University Drive,    P.O. Box 368,
                 Dunbar, PA 15431-0368
13928956       +Uniontown ASD c/o SWRTB,    One Centennial Way,    Scottdale, PA 15683-1741
13935409        Wells Fargo Bank, N.A., dba Wells Fargo Dealer Ser,    P.O. Box 19657,    Irvine, CA 92623-9657
13928958       +Wells Fargo Dealer Svcs. BK Department,    P.O. Box 3569,    Rancho Cucamonga, CA 91729-3569
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13928944        E-mail/Text: ally@ebn.phinsolutions.com Jan 30 2020 03:41:03      Ally Financial,
                 P.O. Box 130424,    Roseville, MN 55113-0004
13950787        E-mail/Text: ally@ebn.phinsolutions.com Jan 30 2020 03:41:03
                 Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13969199        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 30 2020 03:45:55
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13928946        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 30 2020 03:45:22       Capital One,
                 c/o TSYS Total Debt Management,    P.O. Box 5155,    Norcross, GA 30091
13953110        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 30 2020 03:45:22       Capital One, N.A.,
                 PO Box 71083,    Charlotte, NC  28272-1083
13928947        E-mail/PDF: creditonebknotifications@resurgent.com Jan 30 2020 03:46:24       Credit One Bank,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
13928950        E-mail/Text: bnc-bluestem@quantum3group.com Jan 30 2020 03:42:24      Fingerhut,    P.O. Box 1250,
                 Saint Cloud, MN 56395-1250
13995853       +E-mail/Text: kburkley@bernsteinlaw.com Jan 30 2020 03:42:37      First Mutual Bank,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200,    Pittsburgh, PA 15219-1945
13928953        E-mail/Text: cio.bncmail@irs.gov Jan 30 2020 03:41:16      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
13928954       +E-mail/PDF: bankruptcy@ncfsi.com Jan 30 2020 03:46:21      New Century Financial,
                 110 South Jefferson Road--Suite 104,    Whippany, NJ 07981-1038
13986022        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2020 03:58:33
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13928957        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 30 2020 03:40:55
                 Verizon Wireless Bankruptcy Admin.,    P.O. Box 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Carrington Mortgage Services, LLC
cr              First Mutual Bank
cr              Wilmington Savings Fund Society, FSB, as trustee o
cr              Wilmington Savings Fund Society, FSB, as trustee o
13942428*      +Franklin Fayette Sewer Authority,    67 Colonial Avenue,    P.O. Box 55,    Smock, PA 15480-0055
                                                                                              TOTALS: 4, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                           Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: jhel              Page 2 of 2             Date Rcvd: Jan 29, 2020
                              Form ID: pdf900         Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2020 at the address(es) listed below:

```
              Daniel R. White    on behalf of Debtor Walter D. Leake zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff Walter D. Leake zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff Deana L. Cicconi zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Joint Debtor Deana L. Cicconi zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
               Upland Mortgage Loan Trust A bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor   Carrington Mortgage Services, LLC
               bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              Jodi L. Hause    on behalf of Creditor    First Mutual Bank jodi.hause@phelanhallinan.com,
               pawb@fedphe.com
              Keri P. Ebeck    on behalf of Creditor    First Mutual Bank kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11
```