| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Walter D. Leake** | Social Security number or ITIN  **xxx–xx–5334** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Deana L. Cicconi** | Social Security number or ITIN  **xxx–xx–9794** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number: **14–23894–GLT** | | |

# Order of Discharge                                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Walter D. Leake                                                       Deana L. Cicconi
                                                                      aka Deana L. Cicconi–Leake

_3/19/20_                                                             **By the court:**    _Gregory L. Taddonio_
                                                                                           United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 14-23894-GLT
Walter D. Leake                                                                     Chapter 13
Deana L. Cicconi
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: culy              Page 1 of 2              Date Rcvd: Mar 19, 2020
                             Form ID: 3180W          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2020.
db/jdb         +Walter D. Leake,    Deana L. Cicconi,    149 Main Street,    Smock, PA 15480-2001
13928945        Atlantic Broadband,    120 Southmont Boulevard,    Johnstown, PA 15905-4291
14795825       +Carrington Mortgage Services, LLC,    c/o ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
13928948       +Fayette County Tax Claim Bureau,    Fayette County Courthouse,    61 East Main Street,
                 Uniontown, PA 15401-3514
13928949       +Fayette County Tax Claim Bureau,    c/o John M. Zeglen, Esq.,    99 East Main Street,
                 Uniontown, PA 15401-3519
13942427        First Mutual Bank,    P.O. Box 1647,    Bellevue, WA 98009-1647
13928951       +Franklin Fayette Sewer Authority,    67 Colonial Avenue,    P.O. Box 55,    Smock, PA 15480-0055
13928952       +Franklin Township c/o SWRTB,    One Centennial Way,    Scottdale, PA 15683-1741
13942429       +Franklin Twp. & Uniontown ASD c/o SWRTB,    One Centennial Way,    Scottdale, PA 15683-1741
13993711       +New Century Financial,    c/o Pressler & Pressler, LLP,    7 Entin Rd.,
                 Parsippany, NJ 07054-5020
13928955        North Fayette County Municipal Authority,    1634 University Drive,    P.O. Box 368,
                 Dunbar, PA 15431-0368
13928956       +Uniontown ASD c/o SWRTB,    One Centennial Way,    Scottdale, PA 15683-1741

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 20 2020 03:31:52      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
13928944        EDI: GMACFS.COM Mar 20 2020 07:08:00      Ally Financial,    P.O. Box 130424,
                 Roseville, MN 55113-0004
13950787        EDI: GMACFS.COM Mar 20 2020 07:08:00      Ally Financial serviced by Ally Servicing LLC,
                 PO Box 130424,    Roseville, MN 55113-0004
13969199        EDI: AIS.COM Mar 20 2020 07:08:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
13928946        EDI: CAPITALONE.COM Mar 20 2020 07:08:00      Capital One,    c/o TSYS Total Debt Management,
                 P.O. Box 5155,    Norcross, GA 30091
13953110        EDI: CAPITALONE.COM Mar 20 2020 07:08:00      Capital One, N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
13942426        EDI: CIAC.COM Mar 20 2020 07:08:00      Citimortgage, Inc.,    Bankruptcy Servicing Center,
                 P.O. Box 140609,    Irving, TX  75014-0609
13928947        E-mail/PDF: creditonebknotifications@resurgent.com Mar 20 2020 03:42:23      Credit One Bank,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
13928950        EDI: BLUESTEM Mar 20 2020 07:08:00      Fingerhut,    P.O. Box 1250,    Saint Cloud, MN 56395-1250
13995853       +E-mail/Text: kburkley@bernsteinlaw.com Mar 20 2020 03:32:50      First Mutual Bank,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200,    Pittsburgh, PA 15219-1945
13928953        EDI: IRS.COM Mar 20 2020 07:08:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
13928954       +E-mail/PDF: bankruptcy@ncfsi.com Mar 20 2020 03:41:03      New Century Financial,
                 110 South Jefferson Road--Suite 104,    Whippany, NJ 07981-1038
13986022        EDI: PRA.COM Mar 20 2020 07:08:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
13928957        EDI: VERIZONCOMB.COM Mar 20 2020 07:08:00      Verizon Wireless Bankruptcy Admin.,
                 P.O. Box 3397,    Bloomington, IL 61702-3397
13935409        EDI: WFFC.COM Mar 20 2020 07:08:00      Wells Fargo Bank, N.A., dba Wells Fargo Dealer Ser,
                 P.O. Box 19657,    Irvine, CA 92623-9657
13928958       +EDI: WFFC.COM Mar 20 2020 07:08:00      Wells Fargo Dealer Svcs. BK Department,    P.O. Box 3569,
                 Rancho Cucamonga, CA 91729-3569
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Carrington Mortgage Services, LLC
cr              First Mutual Bank
cr              Wilmington Savings Fund Society, FSB, as trustee o
cr              Wilmington Savings Fund Society, FSB, as trustee o
13942428*      +Franklin Fayette Sewer Authority,    67 Colonial Avenue,    P.O. Box 55,    Smock, PA 15480-0055
                                                                                             TOTALS: 4, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2             User: culy                 Page 2 of 2                  Date Rcvd: Mar 19, 2020
                                 Form ID: 3180W             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2020 at the address(es) listed below:
              Daniel R. White    on behalf of Debtor Walter D. Leake zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff Walter D. Leake zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff Deana L. Cicconi zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Joint Debtor Deana L. Cicconi zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              James  Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Upland Mortgage Loan Trust A bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    Carrington Mortgage Services, LLC
               bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              Jodi L. Hause    on behalf of Creditor   First Mutual Bank jodi.hause@phelanhallinan.com,
               pawb@fedphe.com
              Keri P. Ebeck    on behalf of Creditor   First Mutual Bank kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 11
```